### 6500.   WESTERN & ATLANTIC RAILROAD CO. v. MORRIS.

WADE, J.   Under the live-stock contract limiting the liability of the railroad, made in consideration of the reduced rate of freight, the verdict returned by the jury in the justice's court was unauthorized.   The judge of the superior court therefore erred in overruling the certiorari.

*Judgment reversed.*

DECIDED JANUARY 7, 1916.

Certiorari; from Gordon superior court—Judge Fite. February 24, 1915.

*Tye, Peeples & Jordan, Starr & Paschall,* for plaintiff in error.
*J. G. B. Erwin,* contra.